JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR TEODORO ORTEGA, <br> Petitioner, <br> v. <br> RAYMOND MADDEN, Warden, <br> Respondent. | No. SA CV 17-00363-JGB (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: June 26, 2018

_____
JESUS G. BERNAL
United States District Judge